(9/1/2009)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

In re:
    LEWIS WALTER WHITTINGTON
    CATHY ROOKS WHITTINGTON
        Debtor(s)
SSN(1) XXX-XX-1276  SSN(2) XXX-XX-5347

Case No. 10-50797
Judge Thomas W. Waldrep Jr.

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Kathryn L. Bringle, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/29/2010.

2) The plan was confirmed on 07/26/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/26/2013.

6) Number of months from filing to last payment: 34.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

Page 1 of 4
10-50797

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $62,727.75 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $62,727.75

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,211.62 |
| Other | $36.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,747.62

Attorney fees paid and disclosed by debtor: $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS BANK FSB | Unsecured | NA | 1,709.10 | 1,709.10 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 1,217.00 | 1,384.51 | 1,384.51 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 369.00 | 369.00 | NA | 0.00 | 0.00 |
| CABARRUS COUNTY TAX COLLECT( | Priority | NA | 202.13 | 0.00 | 0.00 | 0.00 |
| CABARRUS PATHOLOGY ASSOC PA | Unsecured | 96.00 | 96.00 | NA | 0.00 | 0.00 |
| CABARRUS RADIOLOGISTS | Unsecured | 339.15 | 339.15 | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 1,156.00 | 1,155.95 | 1,155.95 | 0.00 | 0.00 |
| CAPITAL ONE NA | Secured | 4,293.00 | 1,830.00 | 1,830.00 | 914.80 | 198.77 |
| CAPITAL ONE NA | Unsecured | NA | 2,463.13 | 2,463.13 | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 480.00 | 635.71 | 635.71 | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 24,361.00 | 24,361.00 | NA | 0.00 | 0.00 |
| CMC NORTHEAST | Unsecured | 39.83 | 927.74 | 927.74 | 0.00 | 0.00 |
| CMC-NORTHEAST | Unsecured | 83.58 | 83.58 | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 7,549.00 | 7,764.23 | 7,764.23 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,190.00 | 2,531.30 | 2,531.30 | 0.00 | 0.00 |
| FANNIE MAE | Secured | 97,797.00 | 96,714.38 | 0.00 | 0.00 | 0.00 |
| FIA CARD SERVICES NA | Unsecured | 13,860.00 | 13,989.30 | 13,989.30 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 4,102.00 | 4,102.00 | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 2,570.00 | 2,570.00 | NA | 0.00 | 0.00 |
| FIRST BANK | Unsecured | 361.00 | 407.70 | 407.70 | 0.00 | 0.00 |
| FIRST BANK | Secured | 23,735.00 | 23,735.63 | 0.00 | 6,978.95 | 0.00 |
| FIRST BANK | Secured | NA | 1,269.00 | 1,269.00 | 1,212.71 | 0.00 |
| FIRST CITIZENS BANK | Unsecured | 11,230.00 | 11,629.50 | 11,629.50 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL | Secured | 24,738.00 | 23,411.75 | 23,411.75 | 12,854.77 | 2,428.32 |
| GATEWAY SURGERY CENTER | Unsecured | 145.60 | 146.00 | 145.60 | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Unsecured | 1,739.00 | 1,774.62 | 1,774.62 | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Unsecured | 368.00 | 494.24 | 494.24 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 105,580.00 | 107,126.89 | 0.00 | 31,070.65 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | NA | 1,345.54 | 1,345.54 | 1,281.16 | 0.00 |
| NORTHEAST ANESTHESIA & PAIN | Unsecured | 181.65 | 181.65 | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 11,545.00 | 12,311.13 | 12,311.13 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 3,105.00 | 3,293.52 | 3,293.52 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 4,748.00 | 4,748.12 | 4,748.12 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 760.00 | 778.49 | 778.49 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 646.00 | 946.81 | 946.81 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 865.00 | 865.17 | 865.17 | 0.00 | 0.00 |
| REGISTER OF DEEDS | Priority | NA | 14.00 | 40.00 | 40.00 | 0.00 |
| SALLIE MAE INC OBO UNITED STUD | Unsecured | 27,742.00 | 28,061.25 | 28,061.25 | 0.00 | 0.00 |
| SUNTRUST BANK | Secured | 15,604.00 | 14,869.75 | 0.00 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SER | Secured | 666.00 | 666.00 | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SVC | Unsecured | NA | 608.60 | 608.60 | 0.00 | 0.00 |
| WOODSON SAYERS LAWTHER SHOR | Unsecured | 19,899.02 | 20,816.30 | 20,816.30 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $38,049.60 | $0.00 |
| Mortgage Arrearage | $2,614.54 | $2,493.87 | $0.00 |
| Debt Secured by Vehicle | $23,411.75 | $12,854.77 | $2,428.32 |
| All Other Secured | $1,830.00 | $914.80 | $198.77 |
| **TOTAL SECURED:** | **$27,856.29** | **$54,313.04** | **$2,627.09** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $40.00 | $40.00 | $0.00 |
| **TOTAL PRIORITY:** | **$40.00** | **$40.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$119,442.02** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,747.62 |
| Disbursements to Creditors | $56,980.13 |
| **TOTAL DISBURSEMENTS** : | **$62,727.75** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/15/2013  By:/s/ Kathryn L. Bringle
Trustee

xc LEWIS WALTER WHITTINGTON
    CATHY ROOKS WHITTINGTON
    U.S. BANKRUPTCY ADMIN
    AMY S DAVIS
    P O BOX 1394
    CONCORD, NC 28026-1394

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.